## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

George A. Prutting, Jr.
PRUTTING & LOMBARDI
701 South White Horse Pike
Audubon, NJ 08106
(856) 547-8404
<u>Attorneys for Defendant Scottsdale Insurance Company</u>

| | |
|---|---|
| RAY ANGELINI, INC., individually and by and through its subrogee, THE CHARTER OAK FIRE INSURANCE COMPANY, also suing individually, | Civil Action No.: |
| Plaintiff | |
| v. | |
| | DOCUMENT FILED ELECTRONICALLY |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, UNION ROOFING & SHEET METAL CONTRACTORS, INC., d/b/a UNION ROOFING CONTRACTORS, INC., d/b/a UNION ROOFING | |
| Defendants | |

---

| | |
|---|---|
| RAY ANGELINI, INC., individually and by and through its subrogee, THE CHARTER OAK FIRE INSURANCE COMPANY, also suing individually, | SUPERIOR COURT OF NEW JERSEY MONMOUTH COUNTY LAW DIVISION |
| | CIVIL ACTION |
| | DOCKET NO. MON-L-468-17 |
| Plaintiff | |
| v. | |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, UNION ROOFING & SHEET METAL CONTRACTORS, INC., d/b/a UNION ROOFING CONTRACTORS, INC., d/b/a UNION ROOFING | |
| Defendants | |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:

Defendant, Scottsdale Insurance Company, by and through its attorney, George A. Prutting, Jr., Esquire, hereby removes the above-captioned case to this Honorable Court and provides notice of the same to counsel representing the plaintiff. In support of the removal, the defendant avers as follows:

1. That on May 19, 2017, the Plaintiff's Complaint in the above-captioned matter was served upon the defendant Scottsdale Insurance Company. The complaint is for a declaratory judgment against two insurance companies, Scottsdale Insurance Company and Crum & Forster Specialty Insurance Company. (See copy of the proof of service and Complaint attached collectively hereto as Exhibit "A".)

2. The plaintiff, Charter Oak Fire Insurance Company is incorporated in the State of Connecticut with its principal place of business located at One Tower Square, Hartford, Connecticut 06183 and defendant believes that the plaintiff is a citizen of the State of Connecticut.

3. The plaintiff, Charter Oak Fire Insurance Company, the real party in interest, has brought the suit after being subrogated to the rights of its insured, Ray Angelini, Inc.,

a New Jersey corporation with a principal place of business located at 105 Blackwood Barnsboro Rd, Sewell, NJ 08080 and defendant believes that it is a citizen of the State of New Jersey.

4. The defendant, Scottsdale Insurance Company is incorporated in the State of Ohio with its principal place of business located at 8877 North Gainey Center Drive, Scottsdale, Arizona 85258-2108.

5. The defendant, Crum & Forster Specialty Insurance Company is incorporated in the State of Delaware with its principal place of business located at 305 Madison Avenue, Morristown, New Jersey 07960

6. The defendant, Union Roofing & Sheet Metal Contractors, Inc. is an improperly joined entity against which no relief is sought in the body of the Complaint and therefore its citizenship is not to be considered for purposes of removal.

7. Nonetheless, Union Roofing & Sheet Metal Contractors, Inc. is a Pennsylvania corporation with its corporate headquarters and principal place of business located at 12260 Townsend Road, Philadelphia, Pennsylvania 19154 and defendant believes that it is a citizen of the Commonwealth of Pennsylvania.

8. Defendant, Scottsdale Insurance Company's general liability insurance policy at issue is policy number BCS0025581 with effective coverage dates running from August 3, 2011 to August 3, 2012. The coverage limits are in the amount of $1,000,000 per occurrence and $2,000,000 in the aggregate. These coverage limits both are well in excess of the jurisdictional requirement of $75,000.

9. Defendant Crum & Forster Specialty Insurance Company consents to the removal of this matter from State Court to the Federal District Court. (See Crum & Forster Certification attached as Exhibit "B")

10. Defendant Union Roofing & Sheet Metal Contractors, Inc. consents to the removal of this matter from State Court to the Federal District Court. (See Union Roofing Certification attached as Exhibit "C")

11. The above-described Civil Action is one in which this Honorable Court has original jurisdiction pursuant to Title 28 United States Code Section 1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy is in excess of $75,000.00 and is accordingly one which may be removed to this Honorable Court by Notice pursuant to Title 28 United States Code Section 1441.

WHEREFORE, the defendant prays that the above action now pending in the Superior Court of New Jersey, Law Division for Monmouth County to be removed to this Court.

                              PRUTTING & LOMBARDI

                              BY: <u>S/ George A. Prutting, Jr.</u>
                                    GEORGE A. PRUTTING, JR.

June 16, 2017